# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 Civ. 0881 |
|---|---|
| DEFENDANT<br>$16,793 in United States Currency | TYPE OF PROCESS<br>Publish Notice |

| SERVE AT | John Ricupero |
|---|---|
| | 290 Broadway, 4th Fl, NY, NY 10007 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>U.S. ATTORNEY'S OFFICE- SDNY<br>ONE SAINT ANDREWS PLAZA<br>NEW YORK, NEW YORK 10007<br>ATTN: Tony Dulgerian | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE
AFTRAK #s: 13070121, 13070122, 13070123

Please publish the following for one week for three consecutive weeks in a newspaper of general circulation.

Please return to FSA Law Clerk Tony Dulgerian, 212-637-2404

| Signature of Attorney or other Originator requesting service on behalf of<br>AUSA Sharon Frase | [ X ] Plaintiff<br>[   ] Defendant | Telephone No.<br>212-637-2329 | Date<br>January 25, 2008 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin<br>No. 13 | District to Serve<br>No. 13 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date<br>3/07/08 |
|---|---|---|---|---|

I hereby Certify and Return That I [   ] PERSONALLY SERVED, [   ] HAVE LEGAL EVIDENCE OF SERVICE, [   ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[   ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above:<br>J. Pollard Forfeiture Specialist | [   ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [   ] AM<br>[   ] PM |
| | Signature, Title and Treasury Agency | | |

REMARKS:

*Ad was Published —*
*See Attached Sheet*

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*

## RETURNED COPY

**State of New York**
COUNTY OF NEW YORK

SS:

625054

INGRID CHRISTIANI _____ being duly sworn
says that he/she is the principal Clerk of the Publisher of the

# *New York Post*

a daily newspaper of general circulation printed and published in the
English language, in the County of New York, State of New York; that
advertisement hereto annexed has been regularly published in the
said "NEW YORK POST" once,

on the 27 day of February, 2008

on the 05 day of March, 2008

on the 12 day of March, 2008

---

USA-33s-100-NOTICE OF CIVIL
FORFEITURE PROCEEDING
Rev. 11/94
UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF
NEW YORK

On January 24, 2008, the United
States of America commenced a civil
action demanding forfeiture thereof
pursuant to 18 U.S.C. § 981(a)(1)(A)
and 21 U.S.C. § 881(a)(6) for
$16,793.00 in United States Curren-
cy.

Notice is hereby given that all
persons claiming the same or
knowing or having anything to say
why the same should not be
forfeited pursuant to the prayer of
said complaint, must file their claim
in accordance with Rule G from the
Supplemental Rules for Admiralty or
Maritime Claims and Asset Forfeiture
Actions with the Clerk of the Court,
in Room 120, United States Court
House, 500 Pearl Street, New York,
New York, by April 11, 2008, which is
30 days after the last publication of
this action or within such additional
time as may be allowed by the Court,
and must serve their answers within
20 days after the filing of their
claims, or default and forfeiture will
be ordered. Any person with an
interest in the property may also
wish to file a petition for remission or
mitigation of the forfeiture, as
provided for in Title 28, Code of
Federal regulations, and failure to
file such a petition may affect any
rights that a person claiming an
interest in the property may have
with respect to this property.

FOR NOTICE OF PUBLICATIONS GO
TO: WWW.FORFEITURE.GOV

On December 1, 2006, Rule G of the
Supplemental Rules for Certain
Admiralty and Maritime Claims, part
of the Federal Rules of Civil Proce-
dure, became effective. This new
rule now governs procedures for civil
and criminal asset forfeiture actions
in the federal courts.

Notice of judicial forfeiture actions
has traditionally been published in
newspapers. The new rule now
permits publication of forfeiture
notices on a government Internet
site (www.forfeiture.gov), and this
site incorporates these forfeiture
notices that have been traditionally
published in newspapers.

This site is currently fully operational.
civil and criminal forfeiture notices
will continue to be published in
newspapers for a period of time
before newspaper publication is
eventually abandoned in favor of
this website. The website contains a
comprehensive list of pending
notices of both civil and criminal
forfeiture actions in United States
District Courts around the country.
Dated: New York, New York.
February , 2008

MICHAEL J. GARCIA
United States Attorney

---

*Ingrid Christian*

Sworn to before me this 12 day of March 2008

BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County
Commission Expires November 1, 2008

Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===============================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$16,793 IN UNITED STATES CURRENCY,

Defendants.

===============================================================

## PUBLICATION AFFIDAVIT
## 08 Civ. 881 (LTS)

===============================================================


MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-2614



SHARON E. FRASE
**Assistant United States Attorney**
**-Of Counsel-**