U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 1 2008

April 30, 2008

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. $16,793 in United States Currency,
     08 Civ. 881 (LTS) (RLE)

Dear Judge Swain:

    The Government writes in response to the Court's request for a status update prior to the pre-trial conference scheduled in this case for Friday, May 2, at 2:15 p.m. April 11, 2008, was the date by which any parties with an interest in the defendant-in-rem property that is the subject of this action were required to file a claim in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. As the deadline has passed without anyone filing a claim, the Government intends to submit to the Court an order to show cause why a default judgment should not be entered. For this reason, the Government respectfully requests that the scheduled pre-trial conference be adjourned to a control date of May 30, 2008, prior to which the Government intends to seek the above-referenced default judgment.

    Should the Court have any questions or require any further information, please do not hesitate to contact me.

*The request is granted. The conference is adjourned to May 30, 2008, at 9:30 AM.*

SO ORDERED.

*/s/ Laura Taylor Swain  5/1/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Sharon E. Frase
Assistant United States Attorney
Telephone:  (212) 637-2329
Facsimile:  (212) 637-0421