UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

       Plaintiff,

-v-                                         No. 08 Civ. 881 (LTS)(RLE)

$16,793 IN UNITED STATES CURRENCY,

       Defendant.                         <u>ORDER</u>

-------------------------------------------------------x

       This matter having been commenced by the filing of a verified complaint on January 24, 2008, and no party having filed an answer or claim or otherwise moved with respect to the above-captioned defendant-in-rem, the clerk having certified the default of all persons, the plaintiff having sought permission to move for a default judgment, and the Court having determined that an investigation of the factual basis of the allegations of the complaint herein pursuant to Fed. R. Civ. P. 55(b)(2) is appropriate, it is hereby

       ORDERED, that the plaintiff may make a motion for a default judgment; and it is further

       ORDERED, that the plaintiff's motion shall be accompanied by evidence, in admissible form, of such facts as it would have proffered to meet its burden of proof on its direct case had a trial been held in this action; and it is further

       ORDERED, that such motion for default judgment shall be served on the defendants in the related criminal proceeding; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court.

Dated: New York, New York
       May 1, 2008

                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge