MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

    - v. -   :   NOTICE OF MOTION FOR
                                          DEFAULT JUDGMENT
$16,793 IN UNITED STATES CURRENCY,   :   08 Civ. 881 (LTS)

        Defendant-in rem.
------------------------------------x

       PLEASE TAKE NOTICE that upon the accompanying Declaration of Sharon Frase, Assistant United States Attorney, dated May 20, 2008, and the accompanying Clerk's Certification, plaintiff United States of America by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, hereby moves before the Honorable Laura Taylor Swain, United States District Judge, for an Order of Default Judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Dated:    New York, New York
           May 20, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              United States of America

                By: _____
                              SHARON FRASE
                              Assistant United States Attorney
                              One St. Andrews Plaza
                              New York, New York  10007
                              (212) 637-2329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===============================================================
UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$16,793 IN UNITED STATES CURRENCY,

Defendant-in-rem.
===============================================================

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**
**08 Civ.881 (LTS)**
===============================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

                    SHARON FRASE
                    **Assistant United States Attorney**
                     **-Of Counsel-**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

   - v. -                    :    DEFAULT JUDGMENT
                                      08 Civ. 881 (LTS)
$16,793 IN UNITED STATES CURRENCY, :

        Defendant-in-rem.   :
------------------------------------x

        WHEREAS, on January 24, 2008, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem by filing a Verified Complaint;

        WHEREAS, on January 28, 2008 a notice letter of the Verified Complaint was sent by certified mail, return receipt requested, to Barry A. Weinstein, Esq., Goldstein & Weinstein, as attorney for claimant Juan Navarro, 888 Grand Concourse, Bronx, New York, 10451, notifying him that his client may have an interest in this action, and of their right to file a claim and answer and contest the forfeiture;

        WHEREAS, the foregoing is the only person known by the Government to have a potential interest in the defendant-in-rem;

        WHEREAS, notice of the Verified Complaint and <u>in rem</u> warrant against the defendant-in-rem was published in the <u>New York</u>

Post once in each of the three successive weeks beginning on February 27, 2008, and proof of such publication was filed with the Clerk of this Court on April 29, 2008;

    WHEREAS, no claims or answers were filed or made in this action, and no parties have appeared to contest the action to date, and the requisite time periods have expired;

    NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, Sharon Frase of counsel;

    IT IS HEREBY ORDERED that:

    1.   Plaintiff United States of America shall have judgment by default against the defendant-in-rem.

    2.   The defendant-in-rem be, and the same hereby is, forfeited to the plaintiff United States of America.

    3.   The Department of Treasury shall dispose of the defendant-in-rem, according to law.

Dated:   New York, New York
        May   , 2008

                                    SO ORDERED:

                                    _____
                                    HONORABLE LAURA TAYLOR SWAIN
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===============================================================
UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$16,793 IN UNITED STATES CURRENCY,

Defendant-in-rem.
===============================================================

## DEFAULT JUDGMENT
## 08 Civ.881 (LTS)
===============================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON FRASE
**Assistant United States Attorney**
 **-Of Counsel-**

AFFIDAVIT OF SERVICE

I, Tony Dulgerian, affirm under penalty of perjury pursuant to 28 U.S.C. § 1746, the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On May 20, 2008, a copy of the Notice of Motion for Default Judgment, the Clerk's Certification, the Government's proposed Default Judgment and the Government's Declaration in Support of Default Judgment were sent, by certified mail, return receipt requested to:

>     Barry A. Weinstein, Esq.
>     Attorney for Claimant Juan Navarro
>     Goldstein & Weinstein
>     888 Grand Concourse
>     Bronx, New York 10451

Executed on:   May 20, 2008
               New York, New York

TONY DULGERIAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

═══════════════════════════════════════════════════════════════════════

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$16,793 IN UNITED STATES CURRENCY,

Defendant-in-rem.

═══════════════════════════════════════════════════════════════════════

**AFFIDAVIT OF SERVICE
08 Civ.881 (LTS)**

═══════════════════════════════════════════════════════════════════════

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON FRASE
**Assistant United States Attorney
 -Of Counsel-**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

        Plaintiff,                 :

   - v. -                              :    CLERK'S CERTIFICATION
                                          08 Civ. 881 (LTS)
$16,793 IN UNITED STATES CURRENCY,   :

        Defendant-in-rem.          :
------------------------------------x

      I, Michael McMahon, Clerk of the United States District Court for the Southern District of New York, hereby certify that the docket entries in the above-captioned case indicate that the Verified Complaint herein was filed on January 24, 2008, and that proof of publication was filed in the Clerk's office on April 29, 2008. I further certify that the docket entries indicate that no party has filed a claim or answer to the Verified Complaint, and that the time to file a claim with respect to said Complaint has expired. The default of all persons is hereby noted.

Dated:    New York, New York
          May 20, 2008

                                          *J. Michael McMahon* (signature)
                                          J. Michael McMahon
                                          CLERK OF THE COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

======================================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$16,793 IN UNITED STATES CURRENCY,

Defendant-in-rem.
======================================================================

## CLERK'S CERTIFICATION
## 08 Civ.881 (LTS)
======================================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON FRASE
**Assistant United States Attorney**
 **-Of Counsel-**