MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

        Plaintiff,           :

   - v. -                            :   DEFAULT JUDGMENT
                                            08 Civ. 881 (LTS)
$16,793 IN UNITED STATES CURRENCY,   :

        Defendant-in-rem.    :
------------------------------------x

       WHEREAS, on January 24, 2008, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem by filing a Verified Complaint;

       WHEREAS, on January 28, 2008 a notice letter of the Verified Complaint was sent by certified mail, return receipt requested, to Barry A. Weinstein, Esq., Goldstein & Weinstein, as attorney for claimant Juan Navarro, 888 Grand Concourse, Bronx, New York, 10451, notifying him that his client may have an interest in this action, and of their right to file a claim and answer and contest the forfeiture;

       WHEREAS, the foregoing is the only person known by the Government to have a potential interest in the defendant-in-rem;

       WHEREAS, notice of the Verified Complaint and <u>in rem</u> warrant against the defendant-in-rem was published in the <u>New York</u>

Post once in each of the three successive weeks beginning on February 27, 2008, and proof of such publication was filed with the Clerk of this Court on April 29, 2008;

WHEREAS, no claims or answers were filed or made in this action, and no parties have appeared to contest the action to date, and the requisite time periods have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, Sharon Frase of counsel;

IT IS HEREBY ORDERED that:

1. Plaintiff United States of America shall have judgment by default against the defendant-in-rem.

2. The defendant-in-rem be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The Department of Treasury shall dispose of the defendant-in-rem, according to law.

Dated:   New York, New York
         ~~May~~ June 4, 2008

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE