USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

**MEMO ENDORSED**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON E. FRASE (SF-1906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

FILED: JUN 0 5 2008

The within motion is
granted.  SO ORDERED.

_____ 6/4/08

LAURA TAYLOR SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,          :

              Plaintiff,           :

        - v. -                     :          NOTICE OF MOTION FOR
                                              DEFAULT JUDGMENT
$16,793 IN UNITED STATES CURRENCY, :          08 Civ. 881 (LTS)

              Defendant-in rem.    :
---------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Declaration of
Sharon Frase, Assistant United States Attorney, dated May 20, 2008, and
the accompanying Clerk's Certification, plaintiff United States of
America by and through its attorney, Michael J. Garcia, United States
Attorney for the Southern District of New York, hereby moves before the
Honorable Laura Taylor Swain, United States District Judge, for an Order
of Default Judgment, pursuant to Rule 55(b)(2) of the Federal Rules of
Civil Procedure.

Dated:     New York, New York
           May 20, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              United States of America

                  By: _____
                              SHARON FRASE
                              Assistant United States Attorney
                              One St. Andrews Plaza
                              New York, New York  10007
                              (212) 637-2329



RECEIVED

LAURA TAYLOR SWAIN
U.S.D.J.